UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN JUREWICZ, | : | |
| | : | CIV. NO. 3:19-cv-01893-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | FEBRUARY 25, 2020 |
| | : | |
| INCHCAPE SHIPPING SERVICES, INC., INCHCAPE SHIPPING SERVICES WORLD, LTD, ISS MARINE SERVICES, INC. | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

**PLAINTIFF'S SECOND CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff files the instant motion for an extension of time to file a memorandum of law in opposition to Defendant's Motion to Dismiss filed on January 29, 2020. The Court initially ordered that Plaintiff file a reply by February 19, 2020. Plaintiff moved on consent for an extension of time to respond and the Court granted this request and extended the deadline to March 4, 2020. Plaintiff is now seeking an additional week to file opposition papers given counsel for Plaintiff's current caseload and imminent deadlines related to same. In addition, counsel for Plaintiff was out of the office for some of last week due to a personal issue, which interfered with the ability to devote the time required for this matter. Lastly, Plaintiff is still investigating and researching the issues presented in the Motion to Dismiss in order to prepare an affidavit to respond with the necessary facts and accuracy. On February 24, 2020 the undersigned communicated with counsel for the Defendant who consented to the instant motion

1

to extend the deadline for seven (7) days from the prior deadline of March 4, 2020 to March 11, 2020.

    Wherefore, the Plaintiff respectfully requests that the Court grant the instant motion.

                                    RESPECTFULLY SUBMITTED
                                    THE PLAINTIFF,
                                    RYAN JUREWICZ

By:   / s /
        Mark Carey (ct17828)
        Jill Halper (ct30668)
        Carey & Associates, P.C.
        71 Old Post Road, Suite One
        Southport, CT 06890
        Tel. (203) 255-4150
        Fax (203) 255-0380
        mcarey@capclaw.com


His Attorneys


CERTIFICATE OF SERVICE

    This filing will be sent on this the 25th day of February 2020 by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/
        Mark Carey (ct17828)
        Carey & Associates, P.C.
        71 Old Post Road, Suite One
        Southport, CT 06890
        Tel. (203) 255-4150
        Fax (203) 255-0380
        mcarey@capclaw.com